**Order filed, December 3, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00564-CV**

_____

**JOSE HUERTA, Appellant**

**V.**

**ZHONGTIAN INTERNATIONAL TRADE COMPANY, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-278750**

---

**ORDER**

The reporter's record in this case was due November 9, 2021. *See* Tex. R. App. P. 35.1. The court sent past due notice for the reporter's record on November 10, 2021. No response was received, and the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Elizabeth Wittu, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.


PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan